**No. 58678.**—Morganite, Inc. *v.* United States, protest 236630–K (New York).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the merchandise consists of Morganite strips for trolley inserts similar in all material

respects to those the subject of *Morganite, Inc.* v. *United States* (29 Cust. Ct. 76, C. D. 1448), the claim of the plaintiff was sustained.